**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

UNITED STATES OF AMERICA

VS.                                   NO. 5: 07-CR-2 (CAR)

SPURGEON GREEN, JR.,

Defendant

## O R D E R

Defendant SPURGEON GREEN, JR. having requested appointment of legal counsel in this criminal proceeding and a review of his present financial condition as reflected in the Financial Affidavit (CJA 23) having been made by the undersigned; and,

The undersigned having this day convened a hearing to determine whether defendant Green is entitled to appointment of counsel, at which counsel for the United States objected to said appointment, contending that the defendant has sufficient assets to retain counsel,

The undersigned finds that defendant Green currently lacks sufficient assets to retain counsel and that appointment of legal counsel under the ***Criminal Justice Act*** is appropriate at this time. However, counsel is provided under the ***Criminal Justice Act*** (by separate order) with the understanding that defendant Green shall later be required to **REIMBURSE** the United States Government for any attorney's fees and costs paid to appointed counsel out of assets later determined to belong to the defendant.

SO ORDERED AND DIRECTED, this 29th day of MAY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE