IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SPURGEON GREEN, JR.,     *

          Petitioner,     *

v.     Case No. 5:07-CR-00002-CAR-CHW-1

    *

UNITED STATES OF AMERICA,

    *

          Respondent.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated August 25, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 25th day of August, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk