IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SPURGEON GREEN, JR., | : | |
| | : | |
| Movant, | : | |
| | : | No. 5:07-cr-2-CAR-CHW-1 |
| v. | : | No. 5:14-cv-439-CAR-CHW |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |

## ORDER ON APPLICATION FOR A CERTIFICATE OF APPEALABILITY

Before the Court is Movant Spurgeon Green's Application for a Certificate of Appealability ("COA") [Doc. 554], in which Movant seeks leave to appeal the Court's Order [Doc. 553] denying Movant's Rule 60(b)(4) Motion [Doc. 551].

"A [COA] may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right."[1] To merit a COA, Movant must show that reasonable jurists would find debatable both (1) the merits of the underlying claim and (2) the procedural issues he seeks to raise.[2] Because Movant fails to make such a showing, his

---

[1] 28 U.S.C. § 2253(c)(1).
[2] 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (explaining how to satisfy this showing) (citations omitted).

1

application for a COA is **DENIED.**

**SO ORDERED**, this 7th day of August, 2025.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
